WYCKOFF, CHURCH & PARTRIDGE, Respondent, *v.* RIVERSIDE BANK, Appellant.

*Wyckoff, Church & Partridge* v. *Riverside Bank,* 135 App. Div. 400, affirmed.

(Argued December 14, 1911; decided January 9, 1912.)

APPEAL from a judgment entered January 13, 1910, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint and directed the reinstatement of said verdict in an action for the alleged conversion of certain stock.

*Henry H. Abbott* for appellant.

*George H. Fletcher* and *James H. Richards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and COLLIN, JJ. Not voting: HISCOCK, J.